MICHAEL G. MCGUINNESS (S.B. #133298)
mmcguinness@omm.com
ANDREW LICHTENSTEIN (S.B. #279297)
alichtenstein@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

Attorneys for Defendants
American Airlines Group, Inc. and
American Airlines, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRY BRODY,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN AIRLINES GROUP;<br>AMERICAN AIRLINES, INC.; and,<br>DOES 1-50, inclusive,<br><br>Defendants. | Case No. 2:14-cv-07516-RGK-VBK<br><br>**[PROPOSED] ORDER ON STIPULATED PROTECTIVE ORDER REGARDING CONFIDENTIAL DOCUMENTS AND INFORMATION**<br><br>**[DISCOVERY MATTER]**<br><br>Judge: Hon. R. Gary Klausner<br>Magistrate Judge: Hon. Victor B. Kenyon<br><br>Discovery Cutoff: 06/03/2015<br>Pretrial Conference: 08/17/2015<br>Trial: 09/01/2015 |

1

## **<u>ORDER</u>**

2

PURSUANT TO STIPULATION, IT IS ORDERED AS FOLLOWS:

3

On April 30, 2015, the Parties filed with the Court a Stipulated Protective

4

Order ("Stipulation").  After reviewing the Stipulation, the Court finds that there is

5

good cause to approve it.  The terms of the Stipulation are incorporated by

6

reference herein, and constitute the Protective Order of this Court.

7

8

Dated:   May 13, 2015

9

10

_____/s/_____

The Honorable Victor B. Kenton

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28